# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 11-3494

———————

| | | |
|---|---|---|
| First Arkansas Bank & Trust, | * | |
| | * | |
| Plaintiff/Appellee, | * | |
| | * | |
| Mary L. Howard, | * | |
| | * | Appeal from the United States |
| Intervenor Plaintiff/Appellee, | * | District Court for the |
| | * | Eastern District of Arkansas. |
| v. | * | |
| | * | [UNPUBLISHED] |
| Lincoln Benefit Life Company, | * | |
| | * | |
| Defendant/Appellant. | * | |

———————

Submitted: June 14, 2012
Filed: July 3, 2012

———————

Before SMITH, BEAM, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Lincoln Benefit Life (LBL) appeals the district court's[1] grant of summary judgment in favor of First Arkansas Bank & Trust and Mary Howard. This case involves the interpretation of insurance policy language, which can be determined as

———————

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

a matter of law. There are no material facts in dispute. After careful de novo review of the record as well as the parties' briefing on appeal, see Anderson v. Durham D & M, L.L.C., 606 F.3d 513, 518 (8th Cir. 2010), we conclude that summary judgment was properly granted for the reasons stated by the district court in its well-reasoned analysis. Accordingly, we affirm. See 8th Cir. R. 47B.

_____